UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE:  TERMINATION OF LEGACY ANTITRUST JUDGMENTS IN THE WESTERN DISTRICT OF MICHIGAN | Miscellaneous Case: _____ |
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>                    v.<br><br>AMI, INCORPORATED,<br>      Defendant. | Civil Action No.  3238 |
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>                    v.<br><br>AMERICAN BAKERIES CO., *et al*.,<br>      Defendants. | Civil Action No.  5787 |
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br><br>                    v.<br><br>EXPRESSWAYS, INC., *et al*.,<br>      Defendants. | Civil Action No.  M 75-41 |

**MOTION OF THE UNITED STATES TO ADMINISTRATIVELY
CONSOLIDATE AND TERMINATE LEGACY ANTITRUST JUDGMENTS**

The United States moves to administratively consolidate the three above-captioned

antitrust cases, and to terminate the judgments in each of these cases pursuant to Rule 60(b) of

the Federal Rules of Civil Procedure.  As explained in the accompanying Memorandum in Support of the Motion of the United States to Terminate Legacy Antitrust Judgments, the United States has concluded that because of their age and changed circumstances since their entry, these decades-old judgments no longer serve to protect competition.  The United States gave the public notice and the opportunity to comment on its intent to seek termination of the judgments in the above-captioned cases; it received no comments opposing termination.  For these and other reasons explained in the accompanying memorandum, the United States requests that these judgments be terminated.

                                              Respectfully submitted,

Dated:  May 17, 2019                  */s/ Barry L. Creech*

                                        Barry L. Creech (DC Bar No. 421070)
Trial Attorney, Antitrust Division
United States Department of Justice
450 Fifth St., NW; Suite 4042
Washington, DC 20530
Telephone:  (202) 307-2110
Facsimile:   (202) 307-5802
Email:  Barry.Creech@usdoj.gov

ANDREW B. BIRGE
United States Attorney

  */s/ Ryan D. Cobb*
RYAN D. COBB
Assistant United States Attorney
Western District of Michigan
330 Ionia Avenue, N.W., Suite 501
Grand Rapids, Michigan 49503
Telephone: (616) 456-2404
Facsimile: (616) 456-2510
Ryan.Cobb@usdoj.gov